| | |
|---|---|
| 1 | ERIN M. BOSMAN (CA SBN 204987) |
|   | EBosman@mofo.com |
| 2 | JULIE Y. PARK (CA SBN 259929) |
|   | JuliePark@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
|   | 12531 High Bluff Drive |
| 4 | San Diego, California  92130-2040 |
|   | Telephone:  858.720.5100 |
| 5 | Facsimile:   858.720.5125 |

Attorneys for Defendant
MCKESSON CORPORATION
d/b/a MCKESSON PACKAGING SERVICES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEMARY CALKINS and LARRY CALKINS, | Case No. 2:17-cv-01954-WBS-GGH |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR MCKESSON TO RESPOND TO THE COMPLAINT** |
| v. | |
| SANOFI S.A., AVENTIS PHARMA S.A., SANOFI-AVENTIS U.S. LLC, separately, and doing business as WINTHROP U.S., HOSPIRA WORLDWIDE, INC.; and SUN PHARMA GLOBAL INC.; and McKESSON CORPORATION d/b/a McKESSON PACKAGING; and SANDOZ INC.; and ACCORD HEALTHCARE INC.; and PFIZER, INC.; and ACTAVIS PHARMA, INC.; and NORTHSTAR RX LLC; and EAGLE PHARMACEUTICALS, INC., | The Honorable William B. Shubb  Case Removed:  September 20, 2017 |
| Defendants | |

Plaintiffs Rosemary Calkins and Larry Calkins ("Plaintiffs") and defendant McKesson Corporation d/b/a McKesson Packaging Services ("McKesson"), through their undersigned counsel, hereby stipulate as follows:

WHEREAS, Plaintiffs filed the Complaint in this case on March 30, 2017, in the Superior Court of California, Sacramento (Case No. 34-2017-00210317);

WHEREAS, McKesson was served on April 6, 2017;

WHEREAS, Defendant sanofi-aventis U.S. LLC removed this case to this Court on September 20, 2017;

WHEREAS, McKesson's deadline to respond to the Complaint is September 27, 2017;

WHEREAS, this case is related to the cases pending in a coordinated Multidistrict Litigation (MDL) in the Eastern District of Louisiana: *In re Taxotere (Docetaxel) Products Liability Litigation*, Case No. 16-md-2740-KDE-MBN (*see* Notice of Related Cases, ECF No. 3);

WHEREAS, the Parties anticipate that this case will be subject to transfer to the pending MDL;

WHEREAS, the Parties agree that it will conserve the Court's and the Parties' resources to extend McKesson's deadline to respond to the Complaint until 30 days after the Judicial Panel on Multidistrict Litigation determines whether this case should be transferred to the pending MDL;

IT IS HEREBY STIPULATED AND AGREED by the Parties, through their counsel, that McKesson's time to respond to the Complaint shall be extended until 30 days following entry of an order by the Judicial Panel on Multidistrict Litigation determining whether this case should be transferred to the pending MDL.

| | | |
|---|---|---|
| 1 | Dated: September 26, 2017 | MORRISON & FOERSTER LLP |
| 2 | | |
| 3 | | By: /s/ Julie Y. Park |
| 4 | | Julie Y. Park |
| 5 | | Attorneys for Defendant<br>MCKESSON CORPORATION d/b/a<br>MCKESSON PACKAGING SERVICES |
| 6 | | |
| 7 | Dated: September 26, 2017 | GOMEZ TRIAL ATTORNEYS |
| 8 | | |
| 9 | | By: /s/ Ahmed S. Diab (as authorized on 9/26/17) |
| 10 | | Ahmed S. Diab |
| 11 | | Attorneys for Plaintiff<br>PATRICIA STEDTNITZ |

**IT IS SO ORDERED.**

Dated: September 28, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE